# UNITED ARTISTS CORPORATION v. W. M. MILLER.[1]

June 29, 1934.

No. 29,716.

*Shearer, Byard & Trogner,* for appellant.
*Gerald V. Barron,* for respondent.

*PER·CURIAM.*

This case presents a similar question to that in Fox Film Corp. v. Muller, 192 Minn. 212, 255 N. W. 845. The judgment is affirmed for the reasons stated in that opinion.

Affirmed.

[1]Reported in 255 N. W. 848.